**Order entered September 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00878-CV

**BRANCH BANKING AND TRUST COMPANY, Appellant**

**V.**

**SWIG PARTNERS GP, LLC, ET AL., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03427**

## ORDER

By order dated July 18, 2016, the Court ordered Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, to file, by August 8, 2016, a corrected Master Index, Volume 10, and Volume 11 correcting errors and omissions related to the exhibits as outlined in the motion attached to the order and extended the time for appellant's and cross-appellant's briefs to September 9, 2016. As of today's date, the corrected index and volumes have not been filed. Accordingly, we **again ORDER** Ms. Dobbins to file, by **SEPTEMBER 19, 2016**, a corrected Master Index, Volume 10, and Volume 11 correcting errors and omissions related to the exhibits. A copy of the parties' July 13, 2016 agreed motion detailing the necessary corrections is attached. We caution Ms. Dobbins that failure to file the corrected records by

September 19, 2016 may result in this Court ordering that you not sit as a court reporter until they are filed.

We **GRANT** the parties' September 8, 2016 agreed motion of appellant and cross-appellant Swig Partners, LP to extend time to file their briefs to the extent that we extend the time to **OCTOBER 19, 2016**.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Dale Tillery, Presiding Judge of the 134th Judicial District Court, Ms. Dobbins, and counsel for all parties.

/s/     ELIZABETH LANG-MIERS
JUSTICE